■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GIOVANNI AVELAR, Appellant. [934 NYS2d 333]—■

The defendant's valid waiver of his right to appeal forecloses appellate review of the denial of that branch of his motion which was to dismiss the charge against him in furtherance of justice, in effect, pursuant to CPL 210.40 (*see People v Cortes*, 44 AD3d 538 [2007]).

The defendant's remaining contentions are also barred by the defendant's valid waiver of his right to appeal. Angiolillo, J.P., Dickerson, Lott and Miller, JJ., concur.